**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-4604**

———————

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

       v.

MAKUSHAMARI GOZO,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:12-cr-00393-CCB-1)

———————

Submitted:  December 16, 2013      Decided:  December 20, 2013

———————

Before KING and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Makushamari Gozo, Appellant Pro Se. Peter Marshall Nothstein,
OFFICE OF THE UNITED STATES ATTORNEY, Rod J. Rosenstein, United
States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Makushamari Gozo seeks to appeal the district court's denial of various motions made in the context of his criminal proceedings, including motions to suppress and for dismissal of the indictments. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The orders Gozo seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED